**Felipa DE LOS ANGELES– MORENO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73234.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 10, 2011.

Adolfo Ojeda–Casimiro, Ojeda Law, Duvall, WA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

OIL, Colin J. Tucker, Trial, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Felipa De Los Angeles–Moreno, a native and citizen of El Salvador, petitions for review of the decision of the Board of Immigration Appeals, upholding the immigration judge's denial of her applications for asylum and withholding of removal.

De Los Angeles–Moreno contends that she suffered persecution because she was harassed by gangs in El Salvador, and she is entitled to asylum and withholding relief. Petitioner's refusal to comply with the gang's extortion demands does not constitute a political opinion. *See Santos–Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir.2008) (holding that general aversion to gangs does not constitute a political opinion for asylum purposes). Petitioner does not allege she was part of a social group, and otherwise fails to establish that she was eligible for asylum or withholding relief.

We need not reach De Los Angeles–Moreno's contention that the immigration

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judge erred in finding that she was not credible, where the BIA did not reach the issue due to petitioner's failure to establish her eligibility for asylum.

**PETITION FOR REVIEW DENIED.**

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.